UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-cv-00824 JLS (ADS)                    Date: June 15, 2022

Title: *Robinson v. Buffaloe, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Plaintiff Leonard S. Robinson filed this civil rights action under 42 U.S.C. § 1983 in February 2019. (Dkt. No. 1.) On May 18, 2022, Defendants filed a Motion for Summary Judgment. (Dkt. No. 80.) The following day, the Court issued an Order Regarding Briefing Schedule and Notice to Plaintiff Regarding Summary Judgment Protocol ("Order"). (Dkt. No. 81.) On June 7, 2022, the Court received the Order as returned mail. (Dkt. No. 82.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Accordingly, Plaintiff is ordered to show cause by no later than **July 6, 2022** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before **July 6, 2022** will discharge this Order to Show Cause.

Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh