**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SHAWN ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>L. BUFFALOE, et al.,<br><br>   Defendants. | Case No. 2:19-00824 JLS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, the Court adjudges the above-captioned case dismissed with prejudice in its entirety.

Dated:  August 17, 2022

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge